CHAMBERS OF
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

August 13, 2007

TELEPHONE
(213) 894-8551

**VIA TELECOPIER: (202) 502-1899**

Hon. Ortrie D. Smith, Chair
Judicial Conference Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     **2006 Financial Disclosure Report**

Dear Judge Smith:

I write in response to your letter of August 13, 2007. With regard to Part III B., line 1, of my 2006 Financial Disclosure Report, my husband's income as "attorney-partnership" comes from the law firm ▇▇▇▇▇▇▇▇▇▇. To the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Sincerely,



Christina A. Snyder

CAS:rb

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder,, Christina A | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>06/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 JUN 14 A 11: 35 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Attorney - Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENTER ADVISORS (SCHWAB) DFA IRA ACCT | E | Dividend | P1 | T | | | | | |
| 2. DFA US Large Company Fund | | | | | Partial Buy | 01/09 | K | | |
| 3. | | | | | Partial Buy | 02/28 | O | | |
| 4. | | | | | Partial Buy | 06/01 | L | | |
| 5. DFA US Large Cap Value Fund | | | | | Partial Buy | 12/18 | J | | |
| 6. | | | | | Partial Sale | 12/21 | J | C | |
| 7. DFA US Small Cap Fund | | | | | Partial Sale | 2/23 | L | D | |
| 8. | | | | | Partial Sale | 05/31 | L | D | |
| 9. | | | | | Partial Sale | 12/21 | J | B | |
| 10. DFA Small Cap Value Fund | | | | | Partial Buy | 12/18 | J | | |
| 11. | | | | | Partial Sale | 12/21 | J | C | |
| 12. DFA Large Cap Int'l Fund | | | | | | | | | |
| 13. DFA Int'l Value | | | | | Partial Buy | 02/28 | L | | |
| 14. | | | | | Partial Sale | 12/21 | J | C | |
| 15. GNMA Pass Thru | A | Dividend | J | T | | | | | |
| 16. WELLS FARGO IRA ASSET ALLOC FD - A | C | Dividend | L | T | | | | | |
| 17. BANK OF AMERICA ACCTS (MM & | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CHNG) | | | | | | | | | |
| 18. CHRISTOPHER WEIL & CO. BEAR STEARTS IRA ACCT | D | Dividend | M | T | | | | | |
| 19. ING Funds - Formerly Pilgrim Mayflower | | | | | | | | | |
| 20. Frank Russell Emerging Markets Fund | | | | | | | | | |
| 21. Frank Russell Special Growth Fund | | | | | | | | | |
| 22. Frank Russell Real Estate Securities | | | | | | | | | |
| 23. Frank Russell Quantitative Equity Fund | | | | | | | | | |
| 24. Frank Russell Diversified Equity Fund | | | | | | | | | |
| 25. Dodge & Cox Stock Fund | | | | | | | | | |
| 26. Frank Russell Int'l Securities Fund Cl S | | | | | | | | | |
| 27. TRUST #1 SCHWAB ACCT. | G | Int./Div. | P2 | T | | | | | |
| 28. Schwab CA Muni Money Fund (core Money Market) | | | | | | | | | |
| 29. Met Wtr Dist.Co. CA Rev | | | | | | | | | |
| 30. Met Wtr Dis Rev P/R | | | | | | | | | |
| 31. Turlock CA IRR Rev | | | | | | | | | |
| 32. Fresno CA USD GO | | | | | | | | | |
| 33. Redwood City CA ESD GO | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
  (See Column C2)     Q =Appraisal     V =Other     S =Assessment
      U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 35. San Diego County CA COP 6.25% 08/01/04 | | | | | | | | | |
| 36. Imperial IRR CA COP P/R | | | | | | | | | |
| 37. CA Ed Facs Au Rev Stanford | | | | | | | | | |
| 38. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 39. San Fran CA GO | | | | | Sold All | 6/15 | L | A | |
| 40. CA St Pub Wks P/R | | | | | | | | | |
| 41. Riverside CO CA Sla TX 6.0% 06/01/08 | | | | | | | | | |
| 42. Sacramento CA Sani Dist 5.75% 12/01/06 | | | | | Sold All | 02/01 | M | A | |
| 43. Chaffey HSD 5.25% 08/01/09 | | | K | | | | | | |
| 44. San Mateo Co CA St Tax Rev 5.25% 06*01/12 | | | | | | | | | |
| 45. CA ST GO 5.375% 04/01/14 | | | | | | | | | |
| 46. CA ST GO 5.00% 02/01/08 | | | | | | | | | |
| 47. Vallejo CA USD GO 5.9% 02/01/17 | | | | | | | | | |
| 48. CA Water Res Pwr Rv 5.25% 05/01/07 | | | | | Sold All | 07/12 | M | A | |
| 49. CA Dept Trans Rv 5.0% 02/01/15 | | | | | | | | | |
| 50. CA Econ Res GO & RV 4.5% 01/01/07 | | | | | Sold All | 07/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. San Diego CO CA Wtr Auth 5.25% 05/01/07 COP | | | | | | | | | |
| 52. Sacramento CA Mud Elec Rv 5.0% 08/15/08 | | | | | | | | | |
| 53. Univ CA Rv 4.0% 05/15/07 | | | | | Sold All | 07/07 | L | A | |
| 54. CA Dept Wtr Rex Rv 5.5% 12/01/09 | | | | | | | | | |
| 55. CA Wtr Res Central Valley 5.5% 12/01/09 | | | | | | | | | |
| 56. CA Wtr Res Central Valley 5.5% 12/01/08 | | | | | | | | | |
| 57. Contra Costa CA Wtr Au RV 6.0% 03/01/06 | | | | | Sold All | 03/01 | M | A | |
| 58. Contra Costa CA Wtr Au RV 5.0% 10/01/16 | | | | | Sold All | 05/11 | M | B | |
| 59. Foothill Eastern Corr Agy CA ETM 6.5% 01/01/07 | | | | | Sold All | 07/10 | M | A | |
| 60. CA ST GO 5.25% 10/01/2009 | | | | | | | | | |
| 61. Southwestern Cnty Coll dist 5.625% 08/01/2011/16 | | | | | | | | | |
| 62. CA ST GO 5.75% 03/01/2010/27 | | | | | | | | | |
| 63. Los Angeles CA GO (MBIA) 5.25% 09*01/2014 | | | | | | | | | |
| 64. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 65. San Diego CO Ca Sls Tax Rev 4.75% 04/01/2008 | | | | | | | | | |
| 66. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | | | | | |
| 67. Los Angeles CA USD GO 5.375% | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 07/01/2008-16 | | | | | | | | | |
| 68. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 69. Foothill Eastern Corr Agy 7.05% 01/01/2010 | | | | | | | | | |
| 70. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 71. Foothill Corr Agy 7.10% 01/01/12 | | | | | | | | | |
| 72. PUTNAM HARTFOLD IRA | | None | O | T | | | | | |
| 73. -Voyager | | | | | | | | | |
| 74. -Growth & Income | | | | | | | | | |
| 75. -New Opportunity | | | | | | | | | |
| 76. -Int'l Equity | | | | | | | | | |
| 77. BANK OF AMERICA TRUST ACCOUNT | E | Dividend | P1 | T | | | | | |
| 78. -Columbia CA Tax Expt Res Fund | | | | | | | | | |
| 79. -Nations Large Cap Index Inv A | | | | | | | | | |
| 80. -Putnam Capital Apprec Cl A | | | | | | | | | |
| 81. -Putnam Classic Equity Class A | | | | | | | | | |
| 82. -Putnam Health Sciences Class A | | | | | | | | | |
| 83. -Putnam In'tl Equity Class A | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
   (See Column C2)             Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
                               U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.   -Putnam New Opporutnities Cl A | | | | | | | | | |
| 85.   -Putnam New Value Class A | | | | | | | | | |
| 86.   -Putnam Voyager Class A | | | | | | | | | |
| 87.   SCHWAB 401K ACCOUNT | | None | M | T | | | | | |
| 88.   -Schwab Money Market (Core Money Market Fund) | | | | | | | | | |
| 89.   -DFA US Large Company Fund | | | | | Partial Buy | 01/27 | K | | |
| 90. | | | | | Partial Buy | 06/01 | J | | |
| 91.   -DFA US Small Cap Fund | | | | | Partial Sale | 02/23 | J | A | |
| 92. | | | | | Partial Sale | 05/31 | J | A | |
| 93. | | | | | Partial Buy | 01/27 | O | | |
| 94. | | | | | Partial Buy | 12/18 | J | | |
| 95.   -DFA Int'l Value Fund | | | | | Partial Buy | 12/18 | J | | |
| 96. | | | | | Partial Buy | 01/31 | J | | |
| 97. | | | | | Partial Buy | 02/28 | J | | |
| 98.   -DFA Small Cap Value Fund | | | | | Partial Buy | 12/18 | J | | |
| 99. | | | | | Partial Buy | 01/31 | J | | |
| 100.  -DFA US Large Cap Value Fund | | | | | Partial Buy | 01/31 | O | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000
(See Column C2)     Q =Appraisal     V =Other     S =Assessment
    U =Book Value     W =Estimated     T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -DFA Large Cap Int'l Fund | | | | | Buy | 01/27 | J | | |
| 102. | | | | | Partial Buy | 12/18 | J | | |
| 103. GENTER ADVISORS (SCHWAB) TRUST ACCOUNT | F | Dividend | P2 | T | | | | | |
| 104. -DFA US Large Company Fd | | | | | Partial Buy | 02/28 | O | | |
| 105. | | | | | Partial Buy | 03/01 | O | | |
| 106. | | | | | Partial Buy | 03/06 | O | | |
| 107. | | | | | Partial Buy | 06/01 | O | | |
| 108. -DFA US Large Cap Value Fd | | | | | Partial Buy | 12/18 | J | | |
| 109. -DFA US Small Cap Fd | | | | | Partial Buy | 03/01 | L | | |
| 110. | | | | | Partial Buy | 03/06 | O | | |
| 111. | | | | | Partial Buy | 12/18 | J | | |
| 112. | | | | | Partial Sale | 02/23 | O | E | |
| 113. | | | | | Partial Sale | 05/31 | O | E | |
| 114. -DFA US Small Cap Value | | | | | Partial Buy | 12/18 | K | | |
| 115. -DFA Large Cap In'tl Fd | | | | | Partial Buy | 03/01 | L | | |
| 116. | | | | | Partial Buy | 03/08 | L | | |
| 117. | | | | | Partial Buy | 06/08 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Partial Buy | 09/08 | J | | . |
| 119. | | | | | Partial Buy | 11/27 | J | | |
| 120. | | | | | Partial Buy | 12/18 | J | | |
| 121.  -DFA Int'l Value | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI. Liabilities:
 1. Downey Savings and Loan mortgage on property - ██████████ Judge's ████ was a co-signor. Property paid off in 2006. ███████████

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder,, Christina A | 06/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _6/13/07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544